**Motion Granted; Appeals Dismissed and Memorandum Opinion filed October 3, 2013.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-13-00758-CR**
**NO. 14-13-00759-CR**
**NO. 14-13-00760-CR**
**NO. 14-13-00761-CR**
**NO. 14-13-00762-CR**

---

**THE STATE OF TEXAS, Appellant**

**V.**

**CHRISTOPHER MICHAEL DUPUY, Appellee**

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause Nos. 13CR1363, 13CR1364, 13CR1368, 13CR1369, & 13CR1370**

---

**M E M O R A N D U M   O P I N I O N**

These are appeals from an order signed August 28, 2013. On September 25, 2013, appellant filed a motion to dismiss the appeals. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeals are ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Busby, and Donovan.
Do Not Publish - TEX. R. APP. P. 47.2(b)